AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Clark, Ron | 2. Court or Organization District Court, E.D. Texas | 3. Date of Report 05/06/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 300 Willow #221 Beaumont, TX 77701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Administrator / co-trustee of Estate # 1, starting April 30, 2009 | Estate # 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1997 | State of Texas Retirement Plan, no control |
| 2. | |
| 3. | |

Clark, Ron

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/06/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/15/2009 | Fee as administrator of Estate # 1 | $26,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Self employed drama teacher/performer/drama competiton judge |
| 2. 2009 | Salary, Lamar University |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | N.Y. Intellectual Property Law Assoc. (Atty CLE program) | June 26, 2009 | New York, NY | CLE Speaker - Patent Law Program | Travel, meals, and hotel |
| 2. | Foundation for Research on Economics & Environment (CLE program) | July 19-23 2009 | Gallatin Gateway, NT | Attend seminar on nanotechnology | Travel, meals, and hotel |
| 3. | State Bar of Texas (Atty CLE program) | July 16-17, 2009 | San Antonio, TX | CLE Speaker Municipal Law Program | Travel, meals, and hotel |
| 4. | Minnesota CLE | September 23-24, 2009 | Minneapolis, MN | CLE Speaker- Patent Law Program | Travel, meals, and hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/06/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. USAA Mutual Fund USEXX | A | Interest | K | T | | | | | |
| 2. USAA Mutual Fund USSPX | A | Dividend | K | T | | | | | |
| 3. Vanguard VMMXX Money Market | A | Dividend | K | T | | | | | |
| 4. Vanguard Windsor II Fund | C | Dividend | M | T | | | | | |
| 5. Vanguard Mid-cap Index Fund | A | Dividend | K | T | | | | | |
| 6. Vanguard Mutual Funds IRA 1 | C | Dividend | M | T | | | | | |
| 7. -Health Care Fund | | | | | Buy | 01/08/09 | J | | |
| 8. -Windsor II Fund | | | | | Buy | 03/18/09 | J | | |
| 9. -Windsor II Fund | | | | | Buy | 11/02/09 | J | | |
| 10. -Explorer Fund | | | | | | | | | |
| 11. -500 Index Fund | | | | | | | | | |
| 12. Vanguard Mutual fund IRA 2 - Mid-cap Index Fund | A | Dividend | J | T | | | | | |
| 13. Vanguard Mutual fund IRA 3 - 500 Index Fund | A | Dividend | J | T | | | | | |
| 14. Vanguard Mutual Fund IRA 4 - 500 Index Fund | A | Dividend | J | T | | | | | |
| 15. American Mut. Fund IRA New Perspective Fund | B | Dividend | M | T | buy | 02/28/09 | J | | |
| 16. Vanguard Variable Annuity | | None | K | T | | | | | |
| 17. XOM com. stock | B | Dividend | L | T | | | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Savings Bond | | None | J | T | | | | | |
| 19. UGTMA Account 1 (XOM com. stk) | A | Dividend | K | T | | | | | |
| 20. HBW Plaza Ltd. | D | Distribution | M | U | | | | | |
| 21. Compass Bank Accounts | A | Interest | L | T | | | | | |
| 22. AMGN com. stk X | | None | M | T | | | | | |
| 23. AT&T com. stk X | A | Dividend | K | T | Sold (part) | 05/15/09 | M | A | |
| 24. AMAT com. stk X | A | Dividend | J | T | | | | | |
| 25. ADP. com. stk X | A | Dividend | L | T | | | | | |
| 26. CVX com. stk X | A | Dividend | K | T | | | | | |
| 27. KO com. stk X | A | Dividend | K | T | | | | | |
| 28. ETN com. stk X | B | Dividend | L | T | | | | | |
| 29. EMR com. stk X | B | Dividend | L | T | | | | | |
| 30. FDX com. stk X | A | Dividend | J | T | | | | | |
| 31. HD com. stk X | A | Dividend | K | T | | | | | |
| 32. LLY com. stk X | B | Dividend | K | T | | | | | |
| 33. MCD com. stk X | A | Dividend | K | T | | | | | |
| 34. PEP com stk X | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. PFE com. stk X | A | Dividend | K | T | | | | | |
| 36. SLB com. stk X | A | Dividend | K | T | | | | | |
| 37. American Mutual Fund, New Perspective Fund X | C | Dividend | M | T | | | | | |
| 38. American Mutual Fund Small Cap World X | A | Dividend | K | T | | | | | |
| 39. Dreyfus S&P 500 Index Fund X | B | Dividend | M | T | | | | | |
| 40. BAC Cap. TR XII preferred X | B | Dividend | J | T | | | | | |
| 41. Nuveen Arizona Prem. Inc. Muni. Bnd. Fund X | A | Dividend | J | T | | | | | |
| 42. Dreyfus AMT-Free Mun. Bnd Fund X | D | Dividend | M | T | | | | | |
| 43. Dreyfus Mun. Bnd. Fund X | C | Dividend | L | T | | | | | |
| 44. Maricopa Cty AZ bond X | A | Interest | J | T | | | | | |
| 45. Salt River Prj AZ bonds X | A | Interest | K | T | | | | | |
| 46. McCallister Academic VLG bonds X | A | Interest | K | T | | | | | |
| 47. Pima Cty AZ bond X | A | Interest | J | T | | | | | |
| 48. Coconino &Yavapai Cos AZ bonds X | A | Interest | J | T | | | | | |
| 49. U.of AZ Cop Brd bond X | A | Interest | J | T | | | | | |
| 50. Prescott Vly AZ Mun. bond X | A | Interest | J | T | | | | | |
| 51. Mesa AZ Util Sys bonds X | A | Interest | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AZ Health Facs Auth bond X | A | Interest | J | T | | | | | |
| 53. UBS - RMA Money Mkt X | B | Interest | N | T | | | | | |
| 54. Benficiary IRA X | E | Dividend | O | T | | | | | |
| 55. -AT&T com. stk X | | | | | | | | | |
| 56. -BP com. stk X | | | | | | | | | |
| 57. -CVX com. stk X | | | | | | | | | |
| 58. -XOM com.stk X | | | | | | | | | |
| 59. -WRE com. stk X | | | | | | | | | |
| 60. -WRI com. stk X | | | | | | | | | |
| 61. -Oppenheimer Champ Income fund X | | | | | | | | | |
| 62. -Nuveen Equity P & G fund X | | | | | | | | | |
| 63. -ABA preferred shares X | | | | | | | | | |
| 64. -USBPRI preferred shares X | | | | | | | | | |
| 65. -Eaton Vance En. Equity Inc Fund X | | | | | | | | | |
| 66. -John Hancock Inc Sec. Fund X | | | | | | | | | |
| 67. -Lord AbbotBond Deb. Fund X | | | | | | | | | |
| 68. SYS com. stk X | B | Dividend | L | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JNJ com. stk X | B | Dividend | L | T | | | | | |
| 70. ITW, com.stk X | A | Dividend | K | T | Sold (part) | 09/01/09 | K | D | |
| 71. GE com. stk X | A | Dividend | K | T | | | | | |
| 72. HUBB com. stk X | A | Dividend | K | T | | | | | |
| 73. COST com. stk X | A | Dividend | J | T | | | | | |
| 74. WGL Holdings Inc com. stk X | A | Dividend | J | T | | | | | |
| 75. DUK com. stk X | A | Dividend | J | T | | | | | |
| 76. SE com. stk X | A | Dividend | J | T | | | | | |
| 77. PEO closed end trust X | A | Dividend | K | T | | | | | |
| 78. Energy Select Sector SPDR X | A | Dividend | J | T | | | | | |
| 79. John Hancock Pat Prem II closed end trust X | A | Dividend | J | T | | | | | |
| 80. Nuveen Mun Value fund X | B | Dividend | K | T | | | | | |
| 81. Wells Fargo Money Mkt. Account X | A | Int./Div. | L | T | | | | | |
| 82. Schwab Money Market account X | B | Int./Div. | J | T | | | | | |
| 83. Aquila Group Tax Free Trust of AZ X | B | Int./Div. | L | T | | | | | |
| 84. Broadridge Financial Sols. Inc. com. stk X | A | Dividend | | | Sold | 08/13/09 | J | A | |
| 85. Walmart Stores Inc com. stk X | A | Dividend | | | Sold | 11/18/09 | L | A | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Xcel Energy Inc. com. stk X | A | Dividend | | | Sold (part) | 8/25/09 | J | B | |
| 87. | | | | | Sold (part) | 8/26/09 | J | A | |
| 88. | | | | | Sold | 8/27/09 | J | A | |
| 89. Phoenix AZ G/O Unltd Reg Bond X | | None | | | Redeemed | 07/01/09 | J | A | |
| 90. American Exp Bnk CD X | | None | | | Redeemed | 12/03/09 | K | A | |
| 91. Nat. City Bank OH CD X | | None | | | Redeemed | 10/22/09 | K | A | |
| 92. Biogen Idec Inc. com. stk X | | None | | | Sold | 05/15/09 | K | A | |
| 93. Idacorp Inc. com. stk X | | None | | | Sold | 05/15/09 | K | A | |
| 94. ING Prim Rate Trust X | | None | | | Sold | 05/15/09 | J | A | |
| 95. Intergy Ener. Grp. (symb.: TEG) X | | None | | | Sold | 05/15/09 | J | A | |
| 96. Medcohealth Solutions (symb.: MHS) X | | None | | | Sold | 05/15/09 | J | A | |
| 97. Liberty Prop Trust REIT X | | None | | | Sold | 05/15/09 | K | A | |
| 98. UDR Inc. REIT X | | None | | | Sold | 05/15/09 | K | A | |
| 99. Thornburg Mortgage REIT X | | None | | | Sold | 05/15/09 | J | A | |
| 100. Alabama Pwr bonds X | | None | | | Sold | 05/19/09 | J | A | |
| 101. Fed Home Loan Mtg Corp. com. stk X | | None | | | Sold | 05/19/09 | J | A | |
| 102. IBM com. stk X | | None | | | Sold | 05/19/09 | M | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. LSI Corp. com stk X | | None | | | Sold | 05/19/09 | J | A | |
| 104. Motorola Inc. com. stk X | | None | | | Sold | 05/19/09 | K | A | |
| 105. Niosource Inc. (New) com. stk X | | None | | | Sold | 05/19/09 | J | A | |
| 106. Nuveen AZ Prem Inc Mun fund X | | None | | | Sold | 05/19/09 | L | A | |
| 107. Royal Bnk Scotland Pfd X | | None | | | Sold | 05/19/09 | K | A | |
| 108. Blackrock Euro Fund X | | None | | | Sold | 05/19/09 | J | A | |
| 109. Eaton Vance Grtr China Growth Fund X | | None | | | Sold | 05/19/09 | K | A | |
| 110. Beal Bank CD X | | None | | | Buy | 6/15/09 | M | | |
| 111. | | | | | Redeemed | 12/23/09 | M | A | |
| 112. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 05/06/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

1.  Items 22 through 111 (all denoted by X in column A) became part of Estate 1 [                    ] All such assets except for Wells Fargo money market fund (Item 81) that are not shown as sold were distributed and will appear on next years report. Item 81 was the only asset remaining in Estate 1 at the end of the year. The proceeds from sale of such assets shown as sold, were distributed or applied to taxes and expenses of adminstration before end of year.

2.  Items 86-88 - Xcel Energy was sold in 3 lots on August 25-27 so it shows as completely sold on August 27 and will not be reported next year.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544